UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,     Case No. 22-mj-30421

v.     Hon. Curtis Ivy, Jr.

D-1, David Thompson, Sr.,
D-2, Joshua Thomas,

    Defendants.
_____/

**ORDER STRIKING COMPLAINT AND DIRECTING THE FILING OF A REDACTED COMPLAINT**

This matter is before the Court on the government's motion to strike Complaint, because the Affidavit in Support of an Application for A Criminal Complaint mistakenly contained sensitive information.  The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is ORDERED that government's motion to strike Complaint (ECF No. 1) is GRANTED.  The complaint (ECF No. 1) is STRICKEN.

IT IS FURTHER ORDER that the government submit a redacted complaint to the Clerk's Office for filing.

SO ORDERED.

Entered:  October 7, 2022

s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge