UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 DAVID NEIL THOMPSON,
    (a.k.a. DAVID THOMPSON JR.)

    Defendant.

CASE NO: 22-CR-20520

HON. SHALINA D. KUMAR
United States District Judge

HON. CURTIS IVY, JR.
United States Magistrate Judge

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, David Thompson, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the indictment in this cause prior to pleading thereto, and I have read the same and understand its contents. I waive its being read aloud in open Court.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1: Imprisonment for at least 5 years and up to 40 years, to be followed by a term of supervised release of at least 4 years, and/or a fine of not more than $5,000,000.**

**Count 2: Imprisonment for up to 20 years, to be followed by a term of supervised release of up to 3 years, and/or a fine of not more than $1,000,000.**

**Count 3: Imprisonment for at least 5 years and up to life, which shall be consecutive to any other sentence of imprisonment, to be followed by a**

term of supervised release of up to 5 years, and/or a fine of not more than $250,000.

Count 5: Imprisonment for up to 20 years, to be followed by a term of supervised release of up to 3 years, and/or a fine of not more than $1,000,000.

Count 8: Imprisonment for a maximum of 15 years, to be followed by a term of supervised release of up to 3 years, and/or a fine of not more than $250,000.

Count 15: Imprisonment for a maximum of 15 years, to be followed by a term of supervised release of up to 3 years, and/or a fine of not more than $250,000.

Dated: 10/25/22

DAVID NEIL THOMPSON
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 10/25/22

BARRY WOLF
Attorney for Defendant